**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 12, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00014-CV

## IN RE SUGAR LAND URBAN AIR; UATP MANAGEMENT, LLC AND UATP HOLDINGS, LLC, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-33408**

## MEMORANDUM OPINION

On January 9, 2023, relators Sugar Land Urban Air; UATP Management, LLC and UATP Holdings, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In their petition, relators ask this Court to compel the Honorable Beau A. Miller, presiding judge of the 190th District Court of Harris County, to: (1) vacate the trial court's December 22, 2022 order setting an evidentiary hearing and compelling discovery from

relators; (2) order respondent to reverse its order denying relators' motion to compel arbitration; and (3) order respondent to compel the parties to arbitration.

Relators have not established that they are entitled to mandamus relief. The portion of relators' petition that requests this Court to set aside the December 22, 2022 order compelling discovery and setting an evidentiary hearing is denied. The portion of relators' petition that requests this Court to order respondent to reverse its order denying relators' motion to compel arbitration and to compel the parties to arbitration is denied without prejudice because respondent has not ruled on relators' motion to compel arbitration.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.